The Emigrant Industrial Savings Bank, Respondent, *v.* Thomas J. Clute, Impleaded, etc., Appellant.

(Submitted April 19, 1886 ; decided June 1, 1886.)

*T. J. Clute,* appellant in person.

*B. Skaats* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

Martha A. Glidden, Respondent, *v.* The New York Central and Hudson River Railroad Company, Appellant.

(Submitted April 20, 1886 ; decided June 1, 1886.)

*Close & Robertson,* for appellant.

*C. Wheaton* and *W. I. Thorn* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.